# UNITED STATES of America, Plaintiff–Appellee,

v.

## Xavier LAUDERDALE, Defendant–Appellant.

No. 15–10652

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 5, 2015.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Robert J. Pinnero, Law Office of Robert J. Pinnero, Albany, GA, for Defendant–Appellant.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Robert Pinnero, appointed counsel for Xavier Lauderdale, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lauderdale's conviction and sentence are **AFFIRMED.**